UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEXIS HARRIS, | Case No. 2:19-CV-00882-JAD-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| HAT WORLD, INC., | |
| Defendant. | |

Before the Court is the parties' third request to extend time to file proposed discovery plan and scheduling order. ECF No. 15.

IT IS HEREBY ORDERED that the parties' Stipulation to Extend Time to File Proposed Discovery Plan and Scheduling Order is GRANTED.

IT IS FURTHER ORDERED that no further extension to file a proposed order pursuant to Fed. R. Civ. P. 26(f) will be granted.

DATED: August 27, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE