Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
Tel.  (775) 284-1500
Fax.  (775) 703-5027

Christian Gabroy, Nev. Bar No. 8805
christian@gabroy.com
Kaine Messer, Nev. Bar No. 14240
kmesser@gabroy.com
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Pkwy, Suite 280
Henderson, NV 89012
Tel.  (702) 259-7777
Fax.  (702) 259-7704

*Attorneys for Plaintiff Alexis Harris*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS HARRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAT WORLD, INC. d/b/a and a/k/a LIDS LOCKER ROOM; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No: 2:19-cv-00882-JAD-EJY<br><br>**JOINT STIPULATION AND ORDER REGARDING VOLUNTARY RESOLUTION** |

DMSLIBRARY01\28287\125005\35311647.v1-9/25/19

## JOINT STIPULATION REGARDING VOLUNTARY RESOLUTION

The parties, by and through their respective counsel of record, submit the following Stipulation and Proposed Order to stay this action for 30 days pending the finalization of the voluntary resolution recently reached by the parties:

1. WHEREAS, on May 24, 2019, Defendant Hat World, Inc. d/b/a Lids ("Defendant") removed this matter to federal court (ECF No. 1, p. 1);

2. WHEREAS, on July 9, 2019, Defendant's counsel presented to Plaintiff's counsel a courtesy copy, and advised Plaintiff of Defendant's intent to move to compel arbitration absent an agreement by Plaintiff to voluntarily submit to binding individual arbitration in accordance with the arbitration agreement;

3. WHEREAS, the parties have since been engaged in discussions related to the possible voluntary submission of this matter to arbitration;

4. WHEREAS, on September 25, 2019, the parties reached an agreement in principal to resolve this action on an individual basis;

5. WHEREAS, the parties anticipate finalizing their settlement agreement in the next 30 days;

6. WHEREAS, the parties agree that a 30-day stay of all proceedings in this action would conserve judicial resources while the parties finalize their settlement;

NOW, THEREFORE, the parties hereby stipulate and agree that, subject to the Court's approval, all proceedings in this matter should be stayed for thirty days, effective from the date of this Stipulation, pending the finalization of their settlement agreement.

[*Signature Page Follows*]

DMSLIBRARY01\28287\125005\35311647.v1-9/25/19

Respectfully submitted,

Dated this 25th day of September 2019.   Dated this 25th day of September 2019.

*/s/ Kaine Messer*
Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar. No. 14240
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, NV 89012
Tel: (702) 259-7777
Fax: (702) 259-7704

Mark R. Thierman
Nev. Bar No. 8285
Joshua D. Buck,
Nev. Bar No. 12187
Leah L. Jones,
Nev. Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

*Attorneys for Plaintiff*

*/s/ Robert McCoy*
Robert McCoy
Nev. Bar No. 9121
Joni Jamison.
Nev. Bar No. 11614
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Tel: (702) 792-7000
Fax: (702) 796-7181

Cheryl A. Sabnis
*Pro hac vice application forthcoming*
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 318-1200
Fax: (415) 318-1300

*Attorneys for Defendant*

**ORDER**

Having reviewed Plaintiff Alexis Harris ("Plaintiff") and Defendant Hat World, Inc. d/b/a Lids' (collectively, the "Parties") Joint Stipulation Regarding Voluntary Resolution (the "Stipulation"), and good cause appearing therefor, the Court hereby approves the Parties' stipulation and ORDERS that all proceedings in this action shall be stayed for 30 days through and including October 25, 2019, by which date the parties must either (a) file a stipulation of dismissal, or (b) in the event the settlement is not finalized, file a joint status report regarding the status of the settlement.

**IT IS SO ORDERED.**

September 26, 2019
Date

_____
UNITED STATES MAGISTRATE JUDGE

DMSLIBRARY01\28287\125005\35311647.v1-9/25/19