Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
Tel.   (775) 284-1500
Fax.   (775) 703-5027

Christian Gabroy, Nev. Bar No. 8805
christian@gabroy.com
Kaine Messer, Nev. Bar No. 14240
kmesser@gabroy.com
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Pkwy, Suite 280
Henderson, NV 89012
Tel.   (702) 259-7777
Fax.   (702) 259-7704

*Attorneys for Plaintiff Alexis Harris*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS HARRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAT WORLD, INC. d/b/a and a/k/a LIDS LOCKER ROOM; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No: 2:19-cv-00882-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 20 |

### STIPULATION AND ORDER FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alexis Harris ("Plaintiff") and Defendant Hat World, Inc. (collectively, the "Parties") hereby stipulate and agree through their respective counsel of record that this matter be dismissed in its entirety, with each party to bear its own attorneys' fees and costs.

DMSLIBRARY01\28287\125005\35583928.v1-11/18/19

Specifically, it is hereby stipulated that all claims asserted by Plaintiff on her own behalf in the above-captioned action be dismissed WITH PREJUDICE. Further, it is hereby stipulated that all putative class claims asserted in Plaintiff's Class Action Complaint (the "Complaint") on behalf of allegedly similarly situated employees (including, without limitation, all members of the putative "Nevada Overtime Class" and "Waiting Time Penalty Class" alleged in the Complaint) be dismissed WITHOUT PREJUDICE.

Respectfully submitted,

Dated this 25th day of November 2019.    Dated this 25th day of November 2019.

| | |
|---|---|
| /s/ *Christian Gabroy* | /s/ *Robert McCoy* |
| Christian Gabroy | Robert McCoy |
| Nev. Bar No. 8805 | Nev. Bar No. 9121 |
| Kaine Messer | Joni Jamison. |
| Nev. Bar. No. 14240 | Nev. Bar No. 11614 |
| GABROY LAW OFFICES | KAEMPFER CROWELL |
| 170 S. Green Valley Parkway, Ste 280 | 1980 Festival Plaza Drive, Suite 650 |
| Henderson, NV 89012 | Las Vegas, NV 89135 |
| Tel: (702) 259-7777 | Tel: (702) 792-7000 |
| Fax: (702) 259-7704 | Fax: (702) 796-7181 |
| | |
| Mark R. Thierman | Cheryl A. Sabnis |
| Nev. Bar No. 8285 | *Pro hac vice application forthcoming* |
| Joshua D. Buck, | KING & SPALDING LLP |
| Nev. Bar No. 12187 | 101 Second Street, Suite 2300 |
| Leah L. Jones, | San Francisco, CA 94105 |
| Nev. Bar No. 13161 | Tel: (415) 318-1200 |
| THIERMAN BUCK LLP | Fax: (415) 318-1300 |
| 7287 Lakeside Drive | |
| Reno, NV 89511 | *Attorneys for Defendant* |
| Tel: (775) 284-1500 | |
| Fax: (775) 703-5027 | |
| | |
| *Attorneys for Plaintiff* | |

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that the plaintiffs' claims are DISMISSED with prejudice, and any claims asserted on behalf of a putative class are dismissed without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 26, 2019

DMSLIBRARY01\28287\125005\35583928.v1-11/18/19

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704